(88 South. 159)

WORTHINGTON v. CLEVELAND LUMBER CO. (6 Div. 201.)

(Supreme Court of Alabama. Dec. 16, 1920. Rehearing Denied Feb. 19, 1921.)

Certiorari to Court of Appeals.

Action by the Cleveland Lumber Company against Thomas Worthington. A judgment for plaintiff was affirmed by the Court of Appeals (17 Ala. App. 613, 88 South. 156), and defendant petitions for certiorari. Writ denied.

Brenton K. Fisk, of Birmingham, for appellant.

W. F. Finch, of Jasper, for appellee.

THOMAS, J. Petition of Thomas Worthington, for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of Thomas Worthington v. Cleveland Lumber Co., 17 Ala. App. 613, 88 South. 156. Writ denied.